UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

NIKITA BASARGIN,                                    6:   13-cv-00805-PK

          Plaintiff,                                JUDGMENT

     v.

PETER    MARCELLAIS,    Police
Officer,    Marion    County
Sheriff's Office,

          Defendants.

HERNANDEZ, District Judge.

     Based on the Record,

     IT IS ORDERED AND ADJUDGED that this Action is DISMISSED
without prejudice to plaintiff's right to re-file should he succeed
in invalidating his conviction or sentence.  Pending motions, if
any, are DENIED AS MOOT.

     DATED this __5__ day of ~~July~~ aug, 2013.


                              _____
                                Marco A. Hernandez
                                United States District Judge



1 - JUDGMENT